UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| Salim Hajiani | ) |
| | ) |
|     Plaintiff, | ) Civil Action File  5:11-CV-205 |
| | ) |
| v. | ) |
| | ) |
| Jones Petroleum | ) |
| | ) |
|     Defendant. | ) |

STIPULATED DISMISSAL WITHOUT PREJUDICE

Pursuant to stipulation between parties, the action is dismissed without prejudice.  Each party to bear its own costs and fees.


/s/Paula J. McGill_____         \_\_/s/Kenneth G. Lawrence/PJM_____
Paula J. McGill                          Kenneth G. Lawrence/by express permission
GA Bar No. 610510                        GA Bar No. 439863
Attorney for Plaintiff                   Attorney for Defendant


10 Glenlake Parkway                      Fears Lawrence & Turner
Suite 130                                372 E. 3rd Street
Atlanta, GA 30328                        Jackson, GA 30233
(770)367-1234                            (770)775-2819

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| Salim Hajiani | ) |
| | ) |
|     Plaintiff, | ) Civil Action File  5:11-CV-205 |
| | ) |
| v. | ) |
| | ) |
| Jones Petroleum | ) |
| | ) |
|     Defendant. | ) |

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August 2011, I electronically filed the foregoing stipulated dismissal and proposed order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Defendant's counsel Kent Lawrence at kentlaw@fearslawrenceturner.com

/s/Paula J. McGill_____
Paula J. McGill
GA Bar No. 610510
Attorney for Plaintiff

10 Glenlake Parkway
Suite 130
Atlanta, GA 30328
(770)367-1234